■    In the Matter of ALBIN S. BRZEZINSKI, Respondent, v. EDWIN S. WIATER, as Mayor of the City of North Tonawanda, Appellant.—Motion for reargument, or, in the alternative, for leave to appeal to the Court of Appeals denied. It appearing that no application for leave to appeal was made within five days as required by statute the cross motion to vacate the stay of enforcement is granted. (See CPLR 5519, subd. [e].) Present — Marsh, P. J., Cardamone, Simons, Del Vecchio and Witmer, JJ.